# Attachment 2

Case 2:22-cv-01017-DJH--DMF    Document 1-3    Filed 06/13/22    Page 2 of 3



Select Language

Powered by **Google Translate**

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2022-091060 | Judge: | Coffey, Rodrick |
| File Date: | 3/10/2022 | Location: | Southeast |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Ryan R Cooper | Plaintiff | Male | J Halverson |
| City Of Mesa | Defendant | | Pro Per |
| C Klein | Defendant | Unknown | Pro Per |
| Andrew Tiapula | Defendant | Male | Pro Per |
| Sarah T Jaquette | Defendant | Female | Pro Per |
| Joseph Anthony Figueroa | Defendant | Male | Pro Per |
| Austin P Stefick | Defendant | Male | Pro Per |
| Brady A Juvan | Defendant | Male | Pro Per |
| Courtenay F Harris | Defendant | Female | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 5/31/2022 | AFS - Affidavit Of Service | 6/3/2022 | |
| **NOTE:** ANDREW TIAPULA | | | |
| 5/26/2022 | MXS - Motion To Extend Time For Service | 5/26/2022 | |
| **NOTE:** MOTION TO EXTEND TIME FOR SERVICE | | | |
| 5/24/2022 | AFS - Affidavit Of Service | 5/27/2022 | |
| **NOTE:** CITY OF MESA | | | |
| 5/18/2022 | 322 - ME: Notice Of Intent To Dismiss | 5/18/2022 | |
| 3/10/2022 | COM - Complaint | 3/11/2022 | |
| **NOTE:** Complaint | | | |
| 3/10/2022 | CSH - Coversheet | 3/11/2022 | |
| **NOTE:** Civil Cover Sheet | | | |
| 3/10/2022 | CCN - Cert Arbitration - Not Subject | 3/11/2022 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 | |
| **NOTE:** Summons | | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 | |
| **NOTE:** Summons | | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 | |
| **NOTE:** Summons | | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 | |
| **NOTE:** Summons | | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 | |
| **NOTE:** Summons | | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 | |
| **NOTE:** Summons | | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 | |
| **NOTE:** Summons | | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 | |
| **NOTE:** Summons | | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 | |
| **NOTE:** Summons | | | |

| | | |
|---|---|---|
| 3/10/2022 | SUM - Summons | 3/11/2022 |
| **NOTE:** Summons | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 |
| **NOTE:** Summons | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 |
| **NOTE:** Summons | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 |
| **NOTE:** Summons | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 |
| **NOTE:** Summons | | |
| 3/10/2022 | SUM - Summons | 3/11/2022 |
| **NOTE:** Summons | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**